# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **JOSE A. SANCHEZ AND ERIKA E. SANCHEZ**, | ) ) ) | **CASE NO. 08-11278** |
| | ) | Hon. Susan Pierson Sonderby |
| Debtor(s). | ) | |

### NOTICE OF TRUSTEE'S FINAL REPORT,
### HEARING ON APPLICATIONS FOR COMPENSATIONS, AND
### <u>HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE</u>

TO THE DEBTOR(S), CREDITORS AND OTHER PARTIES IN INTEREST:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   United States Bankruptcy Court
          219 South Dearborn Street
          Courtroom 642
          Chicago, Illinois 60604

    On:   **June 3, 2009**      Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to pending applications and transacting such other business as may be properly noticed before the Court. **ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT IS NOT REQUIRED**.

3. The Trustees Final Report shows total:

    | | | |
    |---|---|---|
    | a. | Receipts | $30,435.29 |
    | b. | Disbursements | $0.00 |
    | c. | Net Cash Available for Distribution | $30,435.29 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Ronald R. Peterson<br>Trustee | $0.00 | $3,793.53 | $75.35 |
| Jenner & Block LLP<br>Attorney/Trustee | $0.00 | $0.00 | $0.00 |
| N/A<br>Accountant/Trustee | $0.00 | $0.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| N/A | $0.00 | $0.00 | $0.00 |

6. In addition to the expenses of administration that may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| N/A | | $0.00 | $0.00 |

7. Claims of general unsecured creditors totaling $89,190.31 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 29.78621%. Allowed general unsecured claims are as follows:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| 1 | PYOD LLC, its successors and Assigns as assignee of Washington Mutual<br>Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC  29603-0587 | $15,245.62 | $4,541.09 |

2

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| 2 | PYOD LLC, its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC  29603-0587 | $7,513.23 | $2,237.91 |
| 3 | PYOD LLC, its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC  29603-0587 | $9,553.90 | $2,845.74 |
| 4 | PYOD LLC, its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC  29603-0587 | $59.28 | $17.66 |
| 5 | PYOD LLC, its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC  29603-0587 | $689.34 | $205.33 |
| 6 | Discover Bank/DFS Services LLC<br>P.O. Box 3025<br>New Albany, OH  43054-3025 | $3,180.94 | $947.48 |
| 7 | Chase Bank USA<br>C/O Weinstein and Riley, PS<br>2001 Western Avenue, Suite 400<br>Seattle, WA  98121 | $12,475.33 | $3,714.93 |
| 8 | Chase Bank USA<br>C/O Weinstein and Riley, PS<br>2001 Western Avenue, Suite 400<br>Seattle, WA  98121 | $1,030.40 | $306.92 |
| 9 | Chase Bank USA<br>C/O Weinstein and Riley, PS<br>2001 Western Avenue, Suite 400<br>Seattle, WA  98121 | $4,366.68 | $1,300.67 |
| 10 | Chase Bank USA, N.A. | $336.88 | $100.34 |

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| | c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX  75374 | | |
| 11 | U.S. Department of Education<br>Attn:  Borrowers Service Dept.<br>P.O. Box 5609<br>Greenville, TX  76403 | $14,148.87 | $4,214.41 |
| 12 | Capital Recovery II<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL  33131 | $78.14 | $23.27 |
| 13 | Capital Recovery II<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL  33131 | $125.03 | $37.24 |
| 14 | Pra Receivables Management Llc<br>As Agent of Portfolio Recovery<br> Assocs.<br>c/o Capital One<br>P.O. Box 41067<br>Norfolk, VA  23541 | $15,738.53 | $4,687.91 |
| 15 | FIA Card Services, N.A./<br> Bank of America<br>By American InfoSource L.P.<br> As its agent<br>4525 North Santa Fe Avenue<br>Oklahoma City, OK  73118 | $4,648.14 | $1,384.50 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of the Court.

10. The debtors have been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

    0.00


Dated: **April 23, 2009**                                             For the Court,

**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604


Ronald R. Peterson (02188473)
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, IL 60611
PH:    (312) 923-2981
FAX:  (312) 840-7381

5