Case 08-11278   Doc 29   Filed 04/23/09   Entered 04/25/09 23:55:30   Desc Imaged
                         Certificate of Service    Page 1 of 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    ) Chapter 7
                                          )
**JOSE A. SANCHEZ AND ERIKA E.**          ) **CASE NO. 08-11278**
**SANCHEZ**,                              )
                                          ) Hon. Susan Pierson Sonderby
                 Debtor(s).               )

NOTICE OF TRUSTEE'S FINAL REPORT,
HEARING ON APPLICATIONS FOR COMPENSATIONS, AND
HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO THE DEBTOR(S), CREDITORS AND OTHER PARTIES IN INTEREST:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:   United States Bankruptcy Court
         219 South Dearborn Street
         Courtroom 642
         Chicago, Illinois 60604

   On:   **June 3, 2009**     Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to pending applications and transacting such other business as may be properly noticed before the Court. **ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT IS NOT REQUIRED**.

3. The Trustees Final Report shows total:

   a. Receipts                              $30,435.29
   b. Disbursements                         $0.00
   c. Net Cash Available for Distribution   $30,435.29

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Ronald R. Peterson<br>Trustee | $0.00 | $3,793.53 | $75.35 |
| Jenner & Block LLP<br>Attorney/Trustee | $0.00 | $0.00 | $0.00 |
| N/A<br>Accountant/Trustee | $0.00 | $0.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| N/A | $0.00 | $0.00 | $0.00 |

6. In addition to the expenses of administration that may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

   Allowed priority claims are:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| N/A | | $0.00 | $0.00 |

7. Claims of general unsecured creditors totaling $89,190.31 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 29.78621%. Allowed general unsecured claims are as follows:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| 1 | PYOD LLC, its successors and Assigns as assignee of Washington Mutual<br>Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC  29603-0587 | $15,245.62 | $4,541.09 |

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| 2 | PYOD LLC, its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC  29603-0587 | $7,513.23 | $2,237.91 |
| 3 | PYOD LLC, its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC  29603-0587 | $9,553.90 | $2,845.74 |
| 4 | PYOD LLC, its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC  29603-0587 | $59.28 | $17.66 |
| 5 | PYOD LLC, its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC  29603-0587 | $689.34 | $205.33 |
| 6 | Discover Bank/DFS Services LLC<br>P.O. Box 3025<br>New Albany, OH  43054-3025 | $3,180.94 | $947.48 |
| 7 | Chase Bank USA<br>C/O Weinstein and Riley, PS<br>2001 Western Avenue, Suite 400<br>Seattle, WA  98121 | $12,475.33 | $3,714.93 |
| 8 | Chase Bank USA<br>C/O Weinstein and Riley, PS<br>2001 Western Avenue, Suite 400<br>Seattle, WA  98121 | $1,030.40 | $306.92 |
| 9 | Chase Bank USA<br>C/O Weinstein and Riley, PS<br>2001 Western Avenue, Suite 400<br>Seattle, WA  98121 | $4,366.68 | $1,300.67 |
| 10 | Chase Bank USA, N.A. | $336.88 | $100.34 |

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| | c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX  75374 | | |
| 11 | U.S. Department of Education<br>Attn:  Borrowers Service Dept.<br>P.O. Box 5609<br>Greenville, TX  76403 | $14,148.87 | $4,214.41 |
| 12 | Capital Recovery II<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL  33131 | $78.14 | $23.27 |
| 13 | Capital Recovery II<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL  33131 | $125.03 | $37.24 |
| 14 | Pra Receivables Management Llc<br>As Agent of Portfolio Recovery<br> Assocs.<br>c/o Capital One<br>P.O. Box 41067<br>Norfolk, VA  23541 | $15,738.53 | $4,687.91 |
| 15 | FIA Card Services, N.A./<br> Bank of America<br>By American InfoSource L.P.<br> As its agent<br>4525 North Santa Fe Avenue<br>Oklahoma City, OK  73118 | $4,648.14 | $1,384.50 |

4

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of the Court.

10. The debtors have been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

       0.00

Dated:  **April 23, 2009**                                         For the Court,

                                                    **KENNETH S. GARDNER**
                                                    Kenneth S. Gardner
                                                    Clerk of the U.S. Bankruptcy Court
                                                    219 S. Dearborn Street, 7th Floor
                                                    Chicago, IL 60604

Ronald R. Peterson (02188473)
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, IL 60611
PH:   (312) 923-2981
FAX:  (312) 840-7381

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 2                   Date Rcvd: Apr 23, 2009
Case: 08-11278                Form ID: pdf002              Total Served: 40


The following entities were served by first class mail on Apr 25, 2009.
db/jdb        +Jose A. Sanchez,    Erika E. Sanchez,    602 Deerfield Drive,    Streamwood, IL 60107-1211
aty           +Arturo P Gonzalez,    Law Offices of Arturo P Gonzalez,    920 Davis Road,    Suite 100,
                Elgin, IL 60123-1344
tr            +Ronald R Peterson,    Jenner & Block LLP,    330 N. Wabash Avenue,    Chicago, IL 60611-7603
12205779      +Bank of America,    Attn: Bankruptcy Dept NC4-105-03-14,    Po Box 26012,
                Greensboro, NC 27420-6012
12476933      +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
12205780      +Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,    Norcross, GA 30091-5155
12205781      +Capital One, N.a.,    2730 Liberty Ave,    Pittsburgh, PA 15222-4704
12205782      +Cavalry Portfolio Svcs,    Po Box 1030,    Hawthorn, NY 10532-7509
12205784      +Chase,    Attn: Bankruptcy Dept,    Po Box 100018,    Kennesaw, GA 30156-9204
12489357      +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
12205786      +Chase- Bp,    Po Box 15298,    Wilmington, DE 19850-5298
12205787      +Citifinancial Retail S,    Po Box 140489,    Irving, TX 75014-0489
12205789      +Exxmblciti,    Po Box 6497,    Sioux Falls, SD 57117-6497
12205792      +HSBC / Best Buy,    Po Box 15522,    Wilmington, DE 19850-5522
12205793      +Hsbc/carsn,    Po Box 15522,    Wilmington, DE 19850-5522
12205794      +Hsbc/mnrds,    Po Box 15522,    Wilmington, DE 19850-5522
12205796      +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
12205797      +Nco/inovision-medclr,    507 Prudential Rd,    Horsham, PA 19044-2308
12205799      +Ntb/cbsd,    Po Box 6003,    Hagerstown, MD 21747-6003
12443346       PYOD LLC its successors and assigns as assignee of,    Citibank,    Resurgent Capital Services,
                PO Box 10587,    Greenville, SC 29603-0587
12443342       PYOD LLC its successors and assigns as assignee of,    Washington Mutual,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12579842      +Pra Receivables Management, Llc,    As Agent Of Portfolio Recovery Assocs.,    c/o Capital One,
                POB 41067,    NORFOLK VA 23541-1067
12205800      +Sears,    Attn: Centerialized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
12205802      +Target,    Po Box 9475,    Minneapolis, MN 55440-9475
12205803      +Us Dept Of Education,    Attn: Borrowers Service Dept,    Po Box 5609,    Greenville, TX 75403-5609
12205806      +WFNNB / New York & Company,    Po Box 182125,    Columbus, OH 43218-2125
12205804      +Washington Mutual / Providian,    Attn: Bankruptcy Dept.,    Po Box 10467,
                Greenville, SC 29603-0467
12205805      +Wffnatbank,    Po Box 94498,    Las Vegas, NV 89193-4498

The following entities were served by electronic transmission on Apr 24, 2009.
12999722      +E-mail/PDF: rmscedi@recoverycorp.com Apr 24 2009 08:17:14     Capital Recovery II,
                25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
12205783      +E-mail/PDF: CSINC@TDS.NET Apr 24 2009 08:07:50     Certified Services Inc,
                1733 Washington St Ste 2,    Waukegan, IL 60085-5192
12454391       E-mail/PDF: mrdiscen@discoverfinancial.com Apr 24 2009 07:44:29
                Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany, OH 43054-3025
12205788      +E-mail/PDF: mrdiscen@discoverfinancial.com Apr 24 2009 07:44:29     Discover Financial,
                Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
12697279      +E-mail/Text: EBN_AIS@AMERICANINFOSOURCE.COM
                FIA CARD SERVICES, N.A./BANK OF AMERICA,    by American InfoSource L.P. as its agent,
                4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
12205790      +E-mail/PDF: gecsedi@recoverycorp.com Apr 24 2009 08:17:10     GEMB / Old Navy,
                Attention: Bankruptcy,    Po Box 103106,    Roswell, GA 30076-9106
12205791      +E-mail/PDF: gecsedi@recoverycorp.com Apr 24 2009 08:17:12     Gemb/gap,    Attention: Bankruptcy,
                Po Box 103106,    Roswell, GA 30076-9106
12205795      +E-mail/PDF: cr-bankruptcy@kohls.com Apr 24 2009 07:45:35     Kohls,    Attn: Recovery,
                Po Box 3120,    Milwaukee, WI 53201-3120
12205798      +E-mail/Text: bankrup@nicor.com                            Nicor Gas,
                Attention: Bankruptcy Department,    1844 Ferry Road,    Naperville, IL 60563-9662
12999723       E-mail/PDF: rmscedi@recoverycorp.com Apr 24 2009 08:17:14
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
12575883      +E-mail/PDF: rmscedi@recoverycorp.com Apr 24 2009 08:17:13
                Recovery Management Systems Corporation,    For GE Money Bank,    dba GAP,
                25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
12575881      +E-mail/PDF: rmscedi@recoverycorp.com Apr 24 2009 08:17:13
                Recovery Management Systems Corporation,    For GE Money Bank,    dba OLD NAVY,
                25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                               TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12205785*    +Chase,    Attn: Bankruptcy Dept,    Po Box 100018,    Kennesaw, GA 30156-9204
12205801*    +Sears,    Attn: Centerialized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
                                                                                              TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1            User: amcc7              Page 2 of 2              Date Rcvd: Apr 23, 2009
Case: 08-11278                  Form ID: pdf002          Total Served: 40

           ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 25, 2009**          **Signature:**    _Joseph Speetjens_