# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SANCHEZ, JOSE A. | § | Case No. 08-11278 |
| SANCHEZ, ERIKA E. | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 26,568.35 | Claims Discharged Without Payment: 62,621.96 |
| Total Expenses of Administration: 3,869.09 | |

3) Total gross receipts of $ 30,437.44 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 30,437.44 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,869.09 | 3,869.09 | 3,869.09 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 89,190.31 | 89,190.31 | 26,568.35 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 93,059.40 | $ 93,059.40 | $ 30,437.44 |

4) This case was originally filed under chapter 7 on 05/04/2008. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/12/2009          By:/s/RONALD R. PETERSON
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Avoidance Settlement | 1241-000 | 30,413.86 |
| Post-Petition Interest Deposits | 1270-000 | 23.58 |
| **TOTAL GROSS RECEIPTS** | | **$ 30,437.44** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R. PETERSON | 2100-000 | NA | 3,793.74 | 3,793.74 | 3,793.74 |
| RONALD R. PETERSON, TRUSTEE | 2200-000 | NA | 75.35 | 75.35 | 75.35 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 3,869.09 | $ 3,869.09 | $ 3,869.09 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CAPITAL RECOVERY II | 7100-000 | NA | 78.14 | 78.14 | 23.28 |
| CAPITAL RECOVERY II | 7100-000 | NA | 125.03 | 125.03 | 37.24 |
| CHASE BANK USA | 7100-000 | NA | 12,475.33 | 12,475.33 | 3,716.20 |
| CHASE BANK USA | 7100-000 | NA | 1,030.40 | 1,030.40 | 306.94 |
| CHASE BANK USA | 7100-000 | NA | 4,366.68 | 4,366.68 | 1,300.76 |
| CHASE BANK USA,N.A | 7100-000 | NA | 336.88 | 336.88 | 100.36 |
| DISCOVER BANK/DFS SERVICES LLC | 7100-000 | NA | 3,180.94 | 3,180.94 | 947.55 |
| FIA CARD SERVICES, N.A./BANK OF AME | 7100-000 | NA | 4,648.14 | 4,648.14 | 1,384.61 |
| PRA RECEIVABLES MANAGEMENT, LLC | 7100-000 | NA | 15,738.53 | 15,738.53 | 4,688.25 |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | NA | 15,245.62 | 15,245.62 | 4,541.42 |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | NA | 7,513.23 | 7,513.23 | 2,238.07 |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | NA | 9,553.90 | 9,553.90 | 2,845.95 |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | NA | 59.28 | 59.28 | 17.66 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | NA | 689.34 | 689.34 | 205.34 |
| US DEPT OF EDUCATION | 7100-000 | NA | 14,148.87 | 14,148.87 | 4,214.72 |
| TOTAL GENERAL UNSECURED CLAIMS | | $ NA | $ 89,190.31 | $ 89,190.31 | $ 26,568.35 |

Page: 1
Exhibit 8

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No.: | 08-11278 | SPS | Judge: SUSAN PIERSON SONDERBY | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- | --- | --- |
| Case Name: | SANCHEZ, JOSE A. | | | Date Filed (f) or Converted (c): | 05/04/08 (f) |
| | SANCHEZ, ERIKA E. | | | 341(a) Meeting Date: | 06/02/08 |
| For Period Ending: | 10/08/09 | | | Claims Bar Date: | 10/14/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT # 8410586669 HARRIS NATIONAL BANK | 10.00 | Unknown | | 0.00 | Unknown |
| 2. COLLEGE SAVINGS ACCOUNT | 3,000.00 | Unknown | | 0.00 | Unknown |
| 3. MISCELLANEOUS HOUSEHOLD FURNISHINGS | 500.00 | Unknown | | 0.00 | Unknown |
| 4. WEARING APPAREL | 400.00 | Unknown | | 0.00 | Unknown |
| 5. SCHOOL DISTRICT U-46 PENSION PLAN (IMRF) | 5,000.00 | Unknown | | 0.00 | Unknown |
| 6. SCHOOL DISRICT U-46 403(B) PLAN | 1,100.00 | Unknown | | 0.00 | Unknown |
| 7. 1998 NISSAN ALTIMA - 137,000 MILES | 2,000.00 | Unknown | | 0.00 | Unknown |
| 8. Avoidance Settlement (u) | 0.00 | 30,413.86 | | 30,413.86 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 23.58 | Unknown |
| TOTALS (Excluding Unknown Values) | $12,010.00 | $30,413.86 | | $30,437.44 | $0.00 |
| | | | | | Gross Value of Remaining Assets |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The avoidance has been recovered. The Trustee estimates that the case will close by 3/31/09.

Initial Projected Date of Final Report (TFR): 03/31/09   Current Projected Date of Final Report (TFR): 03/31/09

LFORM1   UST Form 101-7-TDR (9/1/2009) (Page: 7)   Ver: 15.01

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit 9

| Case No.: | 08-11278 -SPS |
| Case Name: | SANCHEZ, JOSE A. |
| | SANCHEZ, ERIKA E. |
| Taxpayer ID No: | *******0547 |
| For Period Ending: | 10/08/09 |

| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6942  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/03/08 | 8 | Jose & Erika Sanchez | | 1241-000 | 30,413.86 | | 30,413.86 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.73 | | 30,416.59 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 3.86 | | 30,420.45 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 3.86 | | 30,424.31 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 3.75 | | 30,428.06 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 2.95 | | 30,431.01 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 2.49 | | 30,433.50 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.54 | | 30,435.04 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.25 | | 30,435.29 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.23 | | 30,435.52 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.27 | | 30,435.79 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.67 | | 30,436.46 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.78 | | 30,437.24 |
| 06/09/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.20 | | 30,437.44 |
| 06/09/09 | | Transfer to Acct #*******0228 | Final Posting Transfer | 9999-000 | | 30,437.44 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 30,437.44 | 30,437.44 |
| Less: Bank Transfers/CD's | | 0.00 | 30,437.44 |
| Subtotal | | 30,437.44 | 0.00 |
| Less: Payments to Debtors | | | 0.00 |
| Net | | 30,437.44 | 30,437.44 |

Page Subtotals          30,437.44          30,437.44

UST Form 101-7-TDR (9/1/2009) (Page: 8)

LFORM24

Ver: 15.01

Page: 2
Exhibit 9

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 08-11278 -SPS
Case Name: SANCHEZ, JOSE A.
SANCHEZ, ERIKA E.
Taxpayer ID No: *******0547
For Period Ending: 10/08/09

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******0228  BofA - Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/09/09 | | Transfer from Acct #*******6942 | Transfer In From MMA Account | 9999-000 | 30,437.44 | | 30,437.44 |
| 06/19/09 | 003001 | Ronald R. Peterson | | 2100-000 | | 3,793.74 | 26,643.70 |
| 06/19/09 | 003002 | RONALD R. PETERSON, TRUSTEE | | 2200-000 | | 75.35 | 26,568.35 |
| 06/19/09 | 003003 | PYOD LLC its successors and assigns as assignee of Washington Mutual Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | | 7100-000 | | 4,541.42 | 22,026.93 |
| 06/19/09 | 003004 | PYOD LLC its successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | | 7100-000 | | 2,238.07 | 19,788.86 |
| 06/19/09 | 003005 | PYOD LLC its successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | | 7100-000 | | 2,845.95 | 16,942.91 |
| 06/19/09 | 003006 | PYOD LLC its successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | | 7100-000 | | 17.66 | 16,925.25 |
| 06/19/09 | 003007 | PYOD LLC its successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | | 7100-000 | | 205.34 | 16,719.91 |
| 06/19/09 | 003008 | Discover Bank/DFS Services LLC | | 7100-000 | | 947.55 | 15,772.36 |
| | | | | Page Subtotals | 30,437.44 | 14,665.08 | |

LFORM24   UST Form 101-7-TDR (9/1/2009) (Page: 9)

Ver: 15.01

Page: 3
Exhibit 9

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No.: 08-11278 -SPS
Case Name: SANCHEZ, JOSE A.
SANCHEZ, ERIKA E.
Taxpayer ID No: *******0547
For Period Ending: 10/08/09

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******0228 BofA - Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/19/09 | 003009 | PO Box 3025 New Albany, OH 43054-3025 CHASE BANK USA | | 7100-000 | | 3,716.20 | 12,056.16 |
| 06/19/09 | 003010 | C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 CHASE BANK USA | | 7100-000 | | 306.94 | 11,749.22 |
| 06/19/09 | 003011 | C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 CHASE BANK USA | | 7100-000 | | 1,300.76 | 10,448.46 |
| 06/19/09 | 003012 | C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 Chase Bank USA,N.A | | 7100-000 | | 100.36 | 10,348.10 |
| 06/19/09 | 003013 | c/o Creditors Bankruptcy Service P O Box 740933 Dallas,Tx 75374 Us Dept Of Education | | 7100-003 | | 6,133.38 | 4,214.72 |
| * 06/19/09 | 003013 | Attn: Borrowers Service Dept Po Box 5609 Greenville, TX 75403 Us Dept Of Education | VOID Couldn't read distribution report | 7100-003 | | -6,133.38 | 10,348.10 |
| * 06/19/09 | 003014 | Attn: Borrowers Service Dept Po Box 5609 Greenville, TX 75403 Us Dept Of Education | | 7100-000 | | 4,214.72 | 6,133.38 |
| | | Attn: Borrowers Service Dept Po Box 5609 Greenville, TX 75403 | | | | | |
| | | | | Page Subtotals | 0.00 | 9,638.98 | |

UST Form 101-7-TDR (9/1/2009) (Page: 10)

LFORM24

Ver: 15.01

Page: 4
Exhibit 9

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-11278 -SPS | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- |
| Case Name: | SANCHEZ, JOSE A. | Bank Name: | BANK OF AMERICA, N.A. |
| | SANCHEZ, ERIKA E. | Account Number / CD #: | *******0228 BofA - Checking Account |
| Taxpayer ID No: | ******0547 | | |
| For Period Ending: | 10/08/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/19/09 | 003015 | Capital Recovery II<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | | 7100-000 | | 23.28 | 6,110.10 |
| 06/19/09 | 003016 | Capital Recovery II<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | | 7100-000 | | 37.24 | 6,072.86 |
| 06/19/09 | 003017 | Pra Receivables Management, Llc<br>As Agent Of Portfolio Recovery Assocs.<br>c/o Capital One<br>POB 41067<br>NORFOLK VA 23541 | | 7100-000 | | 4,688.25 | 1,384.61 |
| 06/19/09 | 003018 | FIA CARD SERVICES, N.A./BANK OF AMERICA<br>by American InfoSource L.P. as its agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | | 7100-000 | | 1,384.61 | 0.00 |

| | | | | |
| --- | --- | --- | --- | --- |
| COLUMN TOTALS | | 30,437.44 | 30,437.44 | |
| Less: Bank Transfers/CD's | | 30,437.44 | 0.00 | |
| Subtotal | | 0.00 | 30,437.44 | |
| Less: Payments to Debtors | | 0.00 | 30,437.44 | |
| Net | | 0.00 | 30,437.44 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - *********6942 | 30,437.44 | 0.00 | 0.00 |
| BofA - Checking Account - *********0228 | 0.00 | 30,437.44 | 0.00 |
| | 30,437.44 | 30,437.44 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  6,133.38

LFORM24  UST Form 101-7-TDR (9/1/2009) (Page: 11)  Ver: 15.01

Page: 5

Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-11278 -SPS | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- |
| Case Name: | SANCHEZ, JOSE A. SANCHEZ, ERIKA E. | Bank Name: | BANK OF AMERICA, N.A. |
| Taxpayer ID No: | *******0547 | Account Number / CD #: | *******0228 BofA - Checking Account |
| For Period Ending: | 10/08/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Money Market Account (Interest Earn - ********6942 BofA - Checking Account - ********0228 | | | | |

| | | | | | Page Subtotals | 0.00 | 0.00 |

UST Form 101-7-TDR (9/1/2009) (Page: 12)

Ver: 15.01